1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

MICHAEL ROSADO,                    )   NO. CV 13-3485-AS
                                   )
                Plaintiff,         )
                                   )   **JUDGMENT**
         v.                        )
                                   )
CAROLYN W. COLVIN,                 )
Acting Commissioner of Social      )
Security,                          )
                                   )
                Defendant.         )
_____)


    IT IS ADJUDGED that the decision of the Commissioner is AFFIRMED
and that the above-captioned action is dismissed with prejudice.


    DATED:  August 29, 2014.




                            /s/
                            _____
                            ALKA SAGAR
                            UNITED STATES MAGISTRATE JUDGE